UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE ROCHA,

                Plaintiff,

- against -

JP MORGAN CHASE BANK N.A.,
EXPERIAN INFORMATION SOLUTIONS,
INC., and TRANS UNION, LLC,

                Defendants.

**ORDER**

22 Civ. 9137 (PGG) (GWG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein against Defendant Experian Information Solutions, Inc., have been settled (see Dkt. No. 19), it is ORDERED that Plaintiff's claims against Experian be, and hereby are, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within forty-five days of this order, either party may apply by letter within the forty-five-day period for restoration of Experian as a Defendant, in which event Experian will be restored as a Defendant. As to Experian only, any pending dates and deadlines are adjourned sine die, and any pending motions are moot. The Clerk of Court is directed not to close the case.

Dated: New York, New York
       December 19, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge